UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGDA ZHANG,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.  26-cv-03107-RFL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner filed a petition for writ of habeas corpus seeking "relief to which he may be entitled." (*See* Dkt. No. 1 (the "Petition") ¶ 9.) "[T]he government concedes that this Court should order that Petitioner receive a bond hearing . . . ." (Dkt. No. 4.)  Accordingly, the Petition is **GRANTED**.  Respondents are **ORDERED** to provide Petitioner with an individualized bond hearing under 8 U.S.C. Section 1226(a) within 14 days of the filing of this Order.  If no bond hearing is held by **June 9, 2026**, Petitioner shall be released on **June 10, 2026**.

**IT IS SO ORDERED.**

Dated: May 26, 2026

RITA F. LIN
United States District Judge

1